# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154509-10 & (14)(15)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                               SC: 154509
                                                                COA: 334591
                                                                Calhoun CC: 2015-001706-FC
ANTHONY TAYLOR BALL,
          Defendant-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                               SC: 154510
                                                                COA: 334592
                                                                Calhoun CC: 2011-003642-FC
LEO DUWAYNE ACKLEY, a/k/a LEO DUANE
ACKLEY, JR. and LEO DUWAYNE ACKLEY II,
          Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 30, 2016 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2016



s1011

Clerk